(No. 13073.—Judgment affirmed.)

THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in Error, *vs.* JOSEPH HUSSAR, Plaintiff in Error.

*Opinion filed February 18, 1920.*

CRIMINAL LAW—*Parole law applies though minimum term is one year or less.* The Parole act of 1917, providing for indeterminate sentences, applies to crimes though the minimum term therefor is one year or less. (*People* v. *Doras,* 290 Ill. 188, and *People* v. *Connors, post,* p. 614, followed.)

WRIT OF ERROR to the Criminal Court of Cook county; the Hon. M. HENRY GUERIN, Judge, presiding.

CHARLES C. WILLIAMS, and THOMAS E. SWANSON, for plaintiff in error.

EDWARD J. BRUNDAGE, Attorney General, MACLAY HOYNE, State's Attorney, and EDWARD C. FITCH, (EDWARD E. WILSON, of counsel,) for the People.

Mr. JUSTICE STONE delivered the opinion of the court:

Plaintiff in error was convicted at the June term, 1919, of the criminal court of Cook county of the charge of robbery and found guilty by a jury. He was sentenced to serve an indeterminate term in the State reformatory.

No bill of exceptions has been filed but plaintiff in error relies for reversal on an error arising on the common law record. This error, which is the only one assigned, is that the Parole law of 1917, providing for indeterminate sentences, does not apply to those crimes where the minimum sentence is one year or less under the Criminal Code. This question was decided in the case of *People* v. *Doras,* 290 Ill. 188, and *People* v. *Connors,* (*post,* p. 614,) and the points urged here were there considered and passed upon. That decision is controlling here.

The judgment of the criminal court of Cook county will be affirmed.                    *Judgment affirmed.*